No. 95-2946

Douglas Edward Wade,　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　Appellant,　　　　　　 *
　　　　　　　　　　　　　　　　*　Appeal from the United States
　　v.　　　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　*　Eastern District of Missouri.
Otis Elevator Company,　　　　　*
　　　　　　　　　　　　　　　　*　　　**[UNPUBLISHED]**
　　　　　Appellee.　　　　　　　*

Submitted: August 5, 1996

Filed: August 12, 1996

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.

PER CURIAM.

Douglas E. Wade appeals pro se from the district court's[1] grant of judgment as a matter of law in favor of Otis Elevator Company following trial of his personal injury claim. Wade argues that the trial judge did not allow Wade to explain answers during his trial testimony, and that his trial lawyer "was derelict in his duty." However, in a civil case, these contentions do not provide a basis for reversing the ruling that Wade's evidence was insufficient as a matter of law. Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

The HONORABLE DONALD J. STOHR, United States District Judge for the Eastern District of Missouri.